IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTIAN WILLIAM KIGHT
also known as
Drillo,

    Defendant.

CRIMINAL FILE NO.
1:18-CR-169-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 20] and Motion to Suppress Statements [Doc. 21]. The Defendant has not shown any intentional misrepresentations in obtaining the search warrant. And the Defendant's statements were voluntary. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 20] and Motion to Suppress Statements [Doc. 21] are DENIED.

SO ORDERED, this 23 day of April, 2019.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge