# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00169-TWT-RGV
## USA v. Kight
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 03/12/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 10:03 A.M. | COURT REPORTER: Diane Peede |
| TIME COURT CONCLUDED: 10:28 A.M. | USPO: Thyjuan Ransom |
| TIME IN COURT: 00:25 | DEPUTY CLERK: Charlotte Diggs |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Christian William Kight Present at proceedings |
| ATTORNEY(S) PRESENT: | James Bryant representing Christian William Kight<br>Laura Pfister representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Counsel and Defendant Christian William Kight appeared for sentencing. The Court SUSTAINED Defendant's objection to the multi-count adjustment guideline issue and stated it would group all Counts when calculating the guideline range. The Court adopted the facts of the Presentence Report to which no objections had been made as the findings of the Court. Ms. Pfister and Mr. Bryant requested a guideline sentence of 92 months. Mr. Kight waived his right of allocution and declined to address the Court. The Court pronounced sentence: CBOP for a total term of 92 months; SR for a total term of 3 years; $900 special assessment. (See J&C.) Fine and cost of incarceration waived. Restitution to be determined. The Court inquired as to objections to the sentence, and there were none. The Court advised Mr. Kight of his right to appeal sentence within 14 days of judgment being entered in his case. Counsel directed to contact the Court to schedule a hearing on the amount of restitution or submit a proposed consent order regarding same. |
| HEARING STATUS: | Hearing Concluded |